**Gautam Jagannath, Cal. State Bar No. 285020**
Emily Abraham, Cal. State Bar No. 285019
**SOCIAL JUSTICE COLLABORATIVE**
1832 Second Street
Berkeley, CA 94710
(o) 510.488.3499
(f) 510.255.5200
(e) gautam@socialjusticecollaborative.org

*Attorneys for Plaintiffs*
**Austinn Anthony PETERS,**
**Kalika Nicole PETERS,** *by and through GAL Caitlin Peters*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **Austinn Anthony PETERS, Kalika Nicole PETERS, Minor Children,** *by and through Guardian Ad Litem, Caitlin Peters*, an Adult Individual,<br><br>Plaintiffs,<br><br>v.<br><br>**SIERRA-PLUMAS JOINT UNIFIED SCHOOL DISTRICT, a California Municipal Government Entity, Merrill GRANT, an Adult Individual, in Official Capacity as Superintendent of Sierra Plumas Joint Unified School District, and Teresa TAYLOR, an Adult Individual, in Official Capacity as Special Education Teacher of Downieville Elementary,** and DOE Defendants 1 through 10, inclusive,<br><br>Defendants**.** | **Case No. 2:19−CV−00882−TLN−CKD**<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY;** |

1

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AND [PROPOSED] ORDER

PLAINTIFFS Austinn and Kalika PETERS, by and through undersigned Counsel, respectfully present the following UNOPPOSED request for leave to appear telephonically counsel of record, Gautam Jagannath, Esq., in the above captioned case for the following reasons:

1. Plaintiffs are presently minors. *See* Cal. Fam. Code § 6500.
2. Petitioners have ask that undersigned Counsel, Gautam Jagannath, Esq., and the office of SOCIAL JUSTICE COLLABORATIVE act as attorneys of record to prosecute their case against Defendants.
3. The biological mother of Plaintiffs, Caitlin Nicole Peters is the *guardian ad litem* in this case. See Dkt. 8.
4. On September 19, 2019, this Court has scheduled a Law and Motion Hearing to hear argument for the Fed. R. Civ. P. 12(b)(6) motion to dismissed filed by Defendants. See Dkt. 31.
5. Undersigned Counsel, Mr. Gautam Jagannath, Esq., resides in and works in the East Bay Area, namely, Berkeley, California.
6. Mr. Jagannath, due to a number of other obligations related to managing a large docket of *pro bono* legal services cases, will have an extremely difficult time commuting solely for this single hearing in Sacramento, California.
7. The drive can sometimes be over an hour and a half one way between Berkeley and Sacramento.
8. Mr. Jagannath is aware and cognizant of this Court's standing order related to "Telephonic Apearances" as listed on the website for Hon. Judge Troy Nunley.
9. On September 2, 2019, Undersigned Counsel sent an email to the Courtroom Clerk, Ms. Michele Krueger at mkrueger@caed.uscourts.gov, confirming if those instructions remained correct and accurate. On September 4, 2019, Mr. Anderson replied indicating that the motion should be filed "as soon as possible"
10. On September 3, 2019, undersigned Counsel reached out to Defendants' counsel,

2
ORDER IN MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

Mr. James K. Ward, Esq. via email at ward@ewwsllp.com to request their position, and it was stated in a reply email on September 3, 2019 that Defendants do NOT oppose this request.

11. While Counsel is endeavoring to comply with the order of the Court regarding telephonic appearances;
12. Counsel also believes that having telephonic appearance would not prejudice any party involved in these proceedings.
13. It is reasonable to assume that the parties can dispose of and or advance the case at the next hearing via telephone.

WHEREFORE, Plaintiffs ask that counsel Mr. Gautam Jagannath, Esq. be permitted to appear telephonically for minor Plaintiffs in this matter to faciliate the interests of justice and minimization of waste of resources.

Date: September 4, 2019        By:     /s/Gautam Jagannath
Gautam Jagannath, Esq.
*Counsel for Plaintiffs*
SOCIAL JUSTICE COLLABORATIVE
1832 Second Street
Berkeley, CA 94710

3
ORDER IN MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

**ORDER GRANTING LEAVE TO APPEAR TELEPHONICALLY**

The court having considered the motion of the Plaintiffs via their guardian ad litem and Counsel of record does permit for good cause shown the appearance of COUNSEL *GAUTAM J. JAGANNATH, ESQ*. telephonically, as he has met the requirements of this department's standing order and has disclosed a direct dial phone number of 510.488.3499 also listed on the caption.

DATE: September 5, 2019  _____

TROY L. NUNLEY
United States District Judge